```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 05482
   DENNIS WALTON
   RENAE WALTON                             CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER
         Debtor
   SSN XXX-XX-9458    SSN XXX-XX-6480

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/12/2006 and was confirmed 06/28/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  68.00%.

     The case was dismissed after confirmation 02/07/2007.
-------------------------------------------------------------------------------
                                                         INTEREST    PRINCIPAL
CREDITOR NAME             CLASS           CLAIM AMOUNT   PAID        PAID
-------------------------------------------------------------------------------
HOMEQ SERVICING CORP     CURRENT MORTG         .00          .00         .00
HOMEQ SERVICING CORP     MORTGAGE ARRE      252.88          .00      252.88
HOMEQ SERVICING CORP     CURRENT MORTG         .00          .00         .00
HOMEQ SERVICING CORP     MORTGAGE ARRE      727.48          .00      727.48
NUMARK CREDIT UNION      SECURED          19500.00      1007.00     2427.32
PRIME ACCEPTANCE         SECURED            500.00        21.84       62.63
NUMARK CREDIT UNION      UNSECURED         3267.01          .00       72.80
PRIME ACCEPTANCE         UNSECURED         2414.58          .00       53.80
ALLIED INTERSTATE        UNSECURED        NOT FILED        .00         .00
B-LINE LLC               UNSECURED         1046.85         .00       16.29
AT & T BANKRUPCTY        UNSECURED        NOT FILED        .00         .00
B-LINE LLC               UNSECURED          502.38         .00         .00
BLUE ISLAND RADIOLOGY    UNSECURED        NOT FILED        .00         .00
BOSS COLLECTIONS         UNSECURED        NOT FILED        .00         .00
CAPITAL ONE              UNSECURED         1013.55         .00       15.77
CHECK N GO               UNSECURED        NOT FILED        .00         .00
CHRIS PORTER             UNSECURED        NOT FILED        .00         .00
B-LINE LLC               UNSECURED         1754.02         .00       39.09
CITI CARDS               UNSECURED        NOT FILED        .00         .00
CITIFINANCIAL            UNSECURED        NOT FILED        .00         .00
CODILIS & ASSOCIATES ^   NOTICE ONLY      NOT FILED        .00         .00
B-LINE LLC               UNSECURED         4479.61         .00       99.83
CROWN EMERGENCY PHYSICIA UNSECURED        NOT FILED        .00         .00
ECMC                     UNSECURED         8083.32         .00      180.13
DIRECTV                  UNSECURED        NOT FILED        .00         .00
PREMIER BANCARD CHARTER  UNSECURED          396.96         .00         .00
GATLINGS CHAPEL          UNSECURED        NOT FILED        .00         .00
JEFFERSON CAPITAL SYSTEM UNSECURED          779.19         .00       17.37
ILLINOIS TITLE LOANS     UNSECURED        NOT FILED        .00         .00
JEWEL                    UNSECURED        NOT FILED        .00         .00
MCI TELECOMMUNICATIONS I UNSECURED        NOT FILED        .00         .00
MIDWESTERN TELECOMMUNICA UNSECURED        NOT FILED        .00         .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 05482 DENNIS WALTON & RENAE WALTON
```

```
NICOR GAS                  UNSECURED       NOT FILED              .00           .00
NSA                        UNSECURED       NOT FILED              .00           .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED              .00           .00
ST FRANCIS HOSPITAL        UNSECURED       NOT FILED              .00           .00
TRU GREEN CHEM LAWN        UNSECURED       NOT FILED              .00           .00
MUNICIPAL COLLECTION SER   UNSECURED          250.00              .00           .00
MERCHANT & MEDICAL         UNSECURED          338.00              .00           .00
RJM AQUISITIONS FUNDING    UNSECURED           89.31              .00           .00
B-LINE LLC                 UNSECURED         1046.85              .00         16.29
B-LINE LLC                 UNSECURED          675.04              .00         15.04
SELECT LEGAL PC            DEBTOR ATTY     1,200.00                       1,200.00
TOM VAUGHN                 TRUSTEE                                          272.99
DEBTOR REFUND              REFUND                                             1.45
```

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   6,500.00

PRIORITY                                               .00
SECURED                                           3,470.31
    INTEREST                                      1,028.84
UNSECURED                                           526.41
ADMINISTRATIVE                                    1,200.00
TRUSTEE COMPENSATION                                272.99
DEBTOR REFUND                                         1.45
                        ---------------    ---------------
TOTALS                    6,500.00                6,500.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 10/04/07             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                       PAGE   2
         CASE NO. 06 B 05482 DENNIS WALTON & RENAE WALTON